**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00499-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

DR. SHARON ALLEN,
MEDICAL NURSE CULANI LAMBERT,
DEPUTY J. BUISERETH,
DEPUTY O. VALDEZ,
SERGEANT J. CARDONA,
MEDICAL NURSE JENNIFER SCOTT, and
DEPUTY C. BACCA, and
SERGEANT GHALARDUCCI,

    Defendants

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff Lamar Delray Davis currently is detained at the Pueblo County Detention Center in Pueblo, Colorado.  On March 5, 2015, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  In the Complaint, Plaintiff challenges the conditions of his confinement at the Pueblo County Detention Center asserting the same conclusory and vague allegations that he has made in three previous cases, Case Nos. 15-cv-00227-GPG, 15-cv-00305-GPG., and 14-cv-03498-GPG.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   _X_  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing (Plaintiff signed the certificate rather than an authorized prison official)
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  __   other :

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

2

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 10, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Gordon P. Gallagher
                                              United States Magistrate Judge