IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00499-GPG

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

DR. SHARON ALLEN,
MEDICAL NURSE COLANI LAMBERT,
DEPUTY J. BUISERETH,
DEPUTY O. VALDEZ,
SERGEANT J. CARDONA,
MEDICAL NURSE JENNIFER SCOTT,
DEPUTY C. BACCA, and
SERGEANT GHALARDUCCI,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Lamar Delray Davis currently is detained at the Pueblo County Detention Center in Pueblo, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Gordon P. Gallagher reviewed the Complaint and the § 1915 motion, determined the filings were deficient, and directed Plaintiff to cure the deficiencies. Plaintiff cured the deficiencies and was granted leave to proceed pursuant to § 1915 on April 15, 2015.

    Magistrate Judge Gallagher then reviewed the merits of the Complaint, found that the Complaint failed to comply with Fed. R. Civ. P. 8, and directed Plaintiff to amend the Complaint and assert personal participation by each named defendant.

Plaintiff further was directed to state what each defendant did to him, when the action was done, how the action harmed him, and what specific legal right the defendant violated.  Magistrate Judge Gallagher warned Plaintiff that if he failed to comply with the Order to Amend within the time allowed the Court would dismiss the action without further notice.

Rather than file an Amended Complaint, Plaintiff filed a Letter that is nonresponsive to the Order to Amend.  Plaintiff inquires about the dismissal of other cases, challenges the assessment of a filing fee in these cases, and threatens to file a lawsuit against judges and clerks involved in processing these actions.  Plaintiff also requests forms, including an inmate complaint form, because he is being transferred to the Colorado Mental Health Institute in Pueblo.  Plaintiff further lists names of female celebrities, magazines, and newspapers.

Although Plaintiff asks for an inmate complaint form, he does not state that the reason he has not filed an amended complaint is because he is unable to obtain a complaint form.  The only reason Plaintiff gives for requiring the forms is that he will be transferred to the Pueblo Mental Health Institute. The Court, therefore, finds Magistrate Judge Gallagher correctly determined that Plaintiff failed to comply with Rule 8 and required him to amend the Complaint.  The Court further finds that Plaintiff now has failed to comply with the Order to Amend or in the alternative provide a justifiable reason for not complying.  The Court, therefore, will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If

Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this   26th   day of     May          , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court